Eastern District of Kentucky
**FILED**
DEC 19 2005
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT

UNITED STATES OF AMERICA

V.

PHYLLIS ANN PACK

INFORMATION NO. 05-CR-18 KKC
29 U.S.C. § 501(c)

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

On or about April 8, 1998, and continuing through on or about November 19, 2001, in Franklin County, in the Eastern District of Kentucky,

**PHYLLIS ANN PACK**

embezzled $3,349 from a labor organization engaged in an industry affecting commerce, that is, the Kentucky State District Council of Carpenters, by which she was employed, all in violation of 29 U.S.C. § 501(c).

GREGORY F. VAN TATENHOVE
UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.